# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| RASURE, DANA L. | U.S. BANKR. COURT, N.D. OF OK | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>US Bankruptcy Judge-full time | 5a. Report Type (check appropriate type)<br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

THE FEDERAL BUILDING
224 SOUTH BOULDER AVENUE
TULSA, OKLAHOMA 74103

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust #1 |
| 2. | Trustee | Revocable Trust #2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch - cash, money accounts | A | Interest | L | T | | | | | |
| 2. Invesco International Mutual Fund | A | Dividend | K | T | | | | | |
| 3. Invesco Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Invesco Oppenheimer Global Fund A Mutual Fund (IRA) | A | Dividend | K | T | | | | | |
| 5. Mass Mutual Whole Life Ins. (856) | D | Dividend | M | T | | | | | |
| 6. Mass Mutual Whole Life Ins. (90) | D | Dividend | N | T | | | | | |
| 7. Mass Mutual Whole Life Ins. (43) | D | Dividend | N | T | | | | | |
| 8. Royal Dutch Shell - Spons ADR B | B | Dividend | K | T | | | | | |
| 9. Royal DutchShell - Spons ADR A | B | Dividend | K | T | | | | | |
| 10. MFS Growth Mutual Fund, A class shares | A | Dividend | K | T | | | | | |
| 11. Invesco Oppenheimer Global Opportunities Fund A | | None | L | T | | | | | |
| 12. Invesco Oppenheimer Int'l Equity Fund A fka Opp Int'l Fund A | A | Dividend | K | T | Buy (add'l) | 02/15/19 | K | | |
| 13. Invesco Oppenheimer Developing Markets Fund A | A | Dividend | K | T | | | | | |
| 14. Invesco Oppenheimer Intl. Small Mid Co. Fund A | A | Dividend | L | T | Sold (part) | 02/15/19 | K | | |
| 15. Invesco Oppenheimer Global Opportunities Fund A | | None | L | T | | | | | |
| 16. Invesco Oppenheimer Developing Markets Fund A | A | Dividend | J | T | | | | | |
| 17. Invesco Oppenheimer Int'l. Small Mid Co. Fund A | A | Dividend | L | T | Sold (part) | 02/13/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Amer Fund Wash Mut Investors Fund | B | Dividend | M | T | | | | | |
| 19. UBS Fin Serv (cash, money accounts) | A | Interest | J | T | | | | | |
| 20. UBS Fin Serv (cash & equiv) | A | Interest | J | T | | | | | |
| 21. Johnson Cnty KS Uni Sch Dist (4.0%) | A | Interest | J | T | | | | | |
| 22. American Fund: Capital Inc. Builder Fund A | A | Dividend | J | T | | | | | |
| 23. Davis Fin. Fd. Cl. | A | Dividend | J | T | | | | | |
| 24. American Fund: New Perspective Fd Cl. A | A | Dividend | J | T | | | | | |
| 25. Putnam Global Nat'l Res A (fka Putnam Global Res Fd A) | A | Dividend | J | T | | | | | |
| 26. Invesco Am. Franchise Fd CL A | | None | K | T | | | | | |
| 27. Invesco Oppenheimer Int'l Growth Fund A | A | Dividend | K | T | | | | | |
| 28. Invesco Oppenheimer Int'l Equity Fund A fka Opp Int'l Value Fund | A | Dividend | K | T | Buy (add'l) | 02/13/19 | K | | |
| 29. UBS Fin Serv FHR 2693 MD-Gov Collateralized Mortgage Obligation | A | Dividend | J | T | | | | | |
| 30. Fidelity Trend Fund fka Fidelity Trend | A | Dividend | K | T | Sold (part) | 10/23/19 | K | B | |
| 31. DRRB Nebraska, LLC -- Property located in Ord, NE | E | Rent | P1 | U | | | | | |
| 32. BOK Fin. Securities Accts fka BOSC, Inc. (BOKF) | E | Interest | P1 | T | | | | | |
| 33. DRRB Nebraska, LLC cash, money accounts at Bank of Oklahoma | | None | J | T | | | | | |
| 34. RBDR Idaho, LLC cash, money accounts at Bank of Oklahoma | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   Bank of Oklahoma cash equivalent account | A | Interest | L | T | | | | | |
| 36.   Wells Fargo Advisors cash/sweep balance acct #1 | A | Interest | J | T | | | | | |
| 37.   Wells Fargo Advisors cash/sweep balance acct #2 | E | Interest | P1 | T | | | | | |
| 38.   Wells Fargo Advisors cash/sweep balance acct #3 | A | Interest | K | T | | | | | |
| 39.   First Trust Value Line Target Safely (Unit Investm Tr) | A | Dividend | K | T | Buy | 10/23/19 | K | | |
| 40.   ABBOTT LABORATORIES | A | Dividend | K | T | | | | | |
| 41.   ALPHABET INC | | None | K | T | Buy (add'l) | 05/20/19 | K | | |
| 42.   AMAZON COM INC | | None | K | T | | | | | |
| 43.   AMERICAN TOWER REIT COM | A | Dividend | K | T | | | | | |
| 44.   AMERICAN WATER WORKS CO INC | | None | K | T | | | | | |
| 45.   APPLE INC | A | Dividend | K | T | | | | | |
| 46.   ASTRAZENECA PLC | | None | K | T | Buy | 10/29/19 | K | | |
| 47.   BALL CORP | A | Dividend | | | Sold (part) | 10/04/19 | J | C | |
| 48. | | | | | Sold | 11/18/19 | J | B | |
| 49.   CHEVRON CORP | A | Dividend | | | Buy | 05/20/19 | K | | |
| 50. | | | | | Sold | 10/04/19 | K | A | |
| 51.   CHURCH & DWIGHT INC | A | Dividend | K | T | | | | | |

1 Income Gain Codes:            A =$1,000 or less            B =$1,001 - $2,500            C =$2,501 - $5,000            D =$5,001 - $15,000            E =$15,001 - $50,000
 (See Columns B1 and D4)        F =$50,001 - $100,000       G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes                   J =$15,000 or less          K =$15,001 - $50,000         L =$50,001 - $100,000        M =$100,001 - $250,000
 (See Columns C1 and D3)        N =$250,001 - $500,000      O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                            P4 =More than $50,000,000
3 Value Method Codes            Q =Appraisal                R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
 (See Column C2)                U =Book Value               V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. CISCO SYS INC | A | Dividend | J | T | | | | | |
| 53. CLOROX COMPANY | A | Dividend | J | | Sold | 05/02/19 | K | A | |
| 54. COCO-COLA EUROPEAN PARTNERS PLC | A | Dividend | J | T | | | | | |
| 55. COSTCO WHSL CORP | A | Dividend | K | T | Buy | 10/23/19 | K | | |
| 56. ELI LILLY & CO | A | Dividend | | | Sold | 10/23/19 | K | A | |
| 57. ESTEE LAUDER CO INC CL A | A | Dividend | K | T | | | | | |
| 58. FIDELITY ADV EMERG MKTS (X) | A | Dividend | | | Sold | 05/20/19 | K | A | |
| 59. FIRST ENERGY CORP | B | Dividend | K | T | | | | | |
| 60. FIRST TR DORSEY ETF | A | Dividend | K | T | Buy | 05/20/19 | K | | |
| 61. FIRST TR ENHANCED ETF | | None | | | Sold | 01/09/19 | L | A | |
| 62. FIRST TR FD IV ETF NORTH AMERICAN ENERGY | A | Dividend | K | T | Buy | 11/20/19 | K | | |
| 63. HELEN OF TROY LIMITED | | None | | | Sold | 01/30/19 | K | A | |
| 64. HOME DEPOT INC | A | Dividend | J | T | Buy (add'l) | 05/20/19 | J | | |
| 65. INVESCO TR II S&P ULTRA (f/k/a Oppenheimer S&P ETF) | A | Dividend | K | T | | | | | |
| 66. I SHARES EMERG MKTS ETF | | None | | | Buy | 01/10/19 | K | | |
| 67. | | | | | Sold | 05/14/19 | K | A | |
| 68. JACK HENRY & ASSOC INC | A | Dividend | K | T | Buy | 1/7/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. MARSH & MCLENNAN CO INC | A | Dividend | K | T | | | | | |
| 70. MICROSOFT CORP | A | Dividend | K | T | Buy (add'l) | 05/20/19 | J | | |
| 71. ONEOK INC | B | Dividend | J | T | Buy (add'l) | 05/20/19 | J | | |
| 72. PFIZER INC | A | Dividend | | | Sold | 05/15/19 | K | A | |
| 73. PROGRESSIVE CORP OHIO | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 74. STEELPATH MLP FDS TR | B | Dividend | | | Buy | 02/04/19 | K | | |
| 75. | | | | | Buy (add'l) | 05/20/19 | J | | |
| 76. | | | | | Sold | 11/21/19 | K | A | |
| 77. TAIWAN SMCNDCTR MFG CO LOTD ADR | A | Dividend | K | T | | | | | |
| 78. THERMO FISHER SCHENTIFIC INC | A | Dividend | K | T | | | | | |
| 79. VERIZON COMMUNICATIONS COM | A | Dividend | K | T | | | | | |
| 80. WEC ENERGY GROUP INC | A | Dividend | K | T | Buy | 10/29/19 | K | | |
| 81. WESTERN DIGITAL CORP | | None | K | T | Buy | 10/29/19 | K | | |
| 82. XILINX INC | A | Dividend | | | Sold | 10/04/19 | K | B | |
| 83. YUM BRANDS INC | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII.  All assets of the two revocable trusts described in Part I are included in Part VII.

Re: Part VII, Lines 3-4, 11-17, and 27-28:  In 2019, Invesco Ltd. acquired Oppenheimer Funds, Inc. and Oppenheimer Funds were reorganized into a new Invesco fund.

| Name of Person Reporting | Date of Report |
|---|---|
| RASURE, DANA L. | 04/21/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DANA L. RASURE**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544